## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| LINDA PARKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-117 (LAG) |
| | : | |
| PUBLIX SUPER MARKETS, INC. *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is the Parties' Joint Motion to Amend Scheduling and Discovery Order. (Doc. 9). Therein, the Parties seek to extend the deadlines for completing fact discovery and all dispositive and Daubert Motions set forth in the Scheduling and Discovery Order (Doc. 5) by ninety (90) days. (Doc. 9). Pursuant to this Court's Order, fact discovery is to be completed by March 11, 2026, and dispositive motions are to be filed no later than April 10, 2026. (Doc. 5). In their Motion, the Parties represent that they "have been diligently pursuing discovery" and "are in the process of exchanging written discovery." (Doc. 9 at 2). This is the Parties' first Motion for Extension. (*See* Docket). For good cause shown, the Parties' Joint Motion to Amend Scheduling and Discovery Order (Doc. 9) is **GRANTED**. It is hereby **ORDERED** that the deadlines in the original Scheduling and Discovery Order (Doc. 5) are extended through and including the following dates:

- Discovery Deadline: **Tuesday, June 9, 2026**.

- Dispositive and *Daubert* Motion Deadline: **Thursday, July 9, 2026**.

The terms of the Court's original Scheduling and Discovery Order (Doc. 5) remain incorporated into this Order to the extent that the deadlines do not conflict.

**SO ORDERED**, this 14th day of April, 2026.

2

<u>/s/ Leslie A. Gardner</u>
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**